UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MICHAEL WARDLE,<br>Plaintiff,<br>v.<br>NICK KENDRICK, et al.,<br>Defendants. | No. 2:25-cv-03523-DAD-SCR<br><br>ORDER TO SHOW CAUSE |

Plaintiff is proceeding pro se in this action, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On December 5, 2025, Plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On August 10, 2026, this Court granted the motion to proceed IFP and screened the complaint per the screening process required by 28 U.S.C. § 1915(e)(2) and found the complaint was deficient in many respects, but that Plaintiff did state a claim as to one Defendant in Count I. ECF No. 4.

The Court directed Plaintiff to, within 30 days, file either: (1) a notice indicating that he wishes to proceed on the Fourth Amendment claim in Count I against Officer Kendrick and voluntarily dismiss his remaining claims in Counts II, III, and IV as to all other Defendants, or (2) a First Amended Complaint addressing the deficiencies set forth in the screening order. ECF No. 4 at 7-8. Plaintiff's response was due by September 9, 2026, and no response was filed.

Good cause appearing, **IT IS HEREBY ORDERED**:

1. **Plaintiff shall show cause, in writing, within 14 days**, why the failure to comply with the Court's order (ECF No. 4) should not result in a recommendation that the action be dismissed.
2. Plaintiff may respond to this Order by filing: **a)** an amended complaint that addresses the defects set forth in the screening order (ECF No. 4); **b)** a notice indicating that he wishes to proceed on the claim in Count I against Officer Kendrick and voluntarily dismiss all his claims in Counts II, III, and IV as to all Defendants; or **c)** a motion for extension of time setting forth good cause for why additional time is needed to comply with the Court's order.
3. If Plaintiff fails to respond, the court will recommend dismissal of this case. *See* Fed. R. Civ. P. 41(b); Local Rule 110.
4. Alternatively, if Plaintiff no longer wishes to pursue this action, Plaintiff may file a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

DATED: September 28, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE